People ex rel. Delisle v Annucci (2023 NY Slip Op 02605)

People ex rel. Delisle v Annucci

2023 NY Slip Op 02605

Decided on May 15, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 15, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
LARA J. GENOVESI
WILLIAM G. FORD
LILLIAN WAN, JJ.

2023-04131

[*1]The People of the State of New York, ex rel. Shane Delisle, petitioner,
v
Anthony Annucci, etc., respondent.

Law Offices of Natalie Rios PLLC, Brooklyn, NY (Natalie Rios of counsel), for petitioner.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Nancy Fitzpatrick Talcott, Danielle O'Boyle, and Michelle Goldstein of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Shane Delisle upon his own recognizance or, in the alternative, to set reasonable bail upon Queens County Indictment No. 70731/2023.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Queens County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
CONNOLLY, J.P., GENOVESI, FORD and WAN, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court